UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

J. LEE McNEELY and McNEELY FAMILY TRUST,

        Plaintiff,

v.                                        Case No.  5:10-cv-682-Oc-37TBS

JEFFREY T. BERK, D.V.M. and OCALA EQUINE HOSPITAL, P.A.,

        Defendant.
_____/

## ORDER

Pending before the Court is an Agreed Motion for Extension of Time to Disclose Expert Reports (Doc. No. 36).  Per the motion, counsel for all parties are in agreement that the circumstances warrant a 15 day enlargement of time within to disclose their expert witness reports.  The Court agrees and therefore, the motion is due to be GRANTED.  The Plaintiffs' expert witness reports shall be disclosed on or before October 15, 2011 and the Defendants' expert witness reports shall be disclosed on or before November 15, 2011.

IT IS SO ORDERED.

DONE and ORDERED in Ocala, Florida, on September 28, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel